# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | | |
|---|---|---|
| IN RE: 3M COMBAT ARMS | § | |
| EARPLUG PRODUCTS | § | MDL No. 3:19-md-2885 |
| LIABILITY LITIGATION | § | |
| | § | |
| | § | Judge M. Casey Rodgers |
| This Document Relates To: | § | Magistrate Judge Gary R. Jones |
| Mike Stillwell v. 3M Company, et al | | |
| Docket No. 7:20-cv-18913-MCR-GRJ | | |

## NOTICE OF DESIGNATED FORUM

COMES NOW Plaintiff, Mike Stillwell, and files this Notice of Designated Forum pursuant to Pretrial Order No. 22 dated January 7, 2020, Pretrial Order No. 29 dated February 27, 2020 and Pretrial Order No. 45 dated July 28, 2020. Absent the direct filing Order entered by this Court, venue is also proper in the Middle District of Georgia.

Dated: 8/27/2021     Respectfully submitted,

          */s/ Christopher A. Seeger*
          Christopher A. Seeger, Co-Lead Counsel
          (Admitted Pro Hac Vice)
          New Jersey State Bar No. 042631990
          Seeger Weiss LLP
          55 Challenger Road
          6th Floor
          Ridgefield Park, NJ 07660
          Tel.: (212) 584-0700
          cseeger@seegerweiss.com

## CERTIFICATE OF SERVICE

I hereby certify that on 8/27/2021, I caused the foregoing Notice of Designated Forum to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Christopher A. Seeger*
Christopher A. Seeger